# District Court Of Appeal Of Florida
## Second District

————————————————

REUBEN H. SMITH, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2802

————————————————

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.